```
LAW OFFICES OF PAUL DELANO WOLF
PAUL DELANO WOLF, SBN 78624
GABRIELA BISCHOF, SBN 272973
717 Washington Street, 2nd Floor
Oakland, California 94607
(510) 451-4600 Telephone
(510) 451-3002 Fax
```

Attorney for Defendant
JASPINDER CHADHA

FILED
JUL 27 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-000182 PJH |
| Plaintiff, | STIPULATION FOR ORDER AND [~~PROPOSED~~] ORDER ALLOWING DEFENDANT TO TRAVEL |
| v. | |
| BALVINDER CHADHA and JASPINDER CHADHA, | |
| Defendants. | |

GOOD CAUSE APPEARING, IT IS HEREBY STIPULATED by the parties through their counsel that defendant Jaspinder Chadha may travel outside of the Northern District of California to San Diego, CA, leaving this District on or after July 31, 2012 and returning no later than August 6, 2012.

United States Pretrial Service Officer Amaryllis Gonzales has advised Ms. Chadha's counsel that she does not oppose Ms. Chadha's travel proposed by this stipulation.

All other terms of Ms. Chadha's initial pretrial release shall remain in effect.

//

|   |   |   |
|---|---|---|
| 1 | SO STIPULATED. | |
| 2 | | |
| 3 | July 27, 2012<br>Dated | /s/<br>ANDREW HUANG<br>Assistant United States Attorney |
| 4 | | |
| 5 | | |
| 6 | July 27, 2012<br>Dated | /s/<br>PAUL DELANO WOLF<br>Attorney for Defendant<br>JASPINDER CHADHA |
| 7 | | |
| 8 | | |
| 9 | SO ORDERED. | |
| 10 | July 27, 2012 | |
| 11 | Dated | HONORABLE DONNA RYU<br>United States Magistrate Judge |

STIPULATION FOR ORDER AND ORDER ALLOWING DEFENDANT TO TRAVEL            - 2 -