```
LAW OFFICES OF PAUL DELANO WOLF
PAUL DELANO WOLF, SBN 78624
GABRIELA BISCHOF, SBN 272973
717 Washington Street, 2nd Floor
Oakland, California 94607
(510) 451-4600 Telephone
(510) 451-3002 Fax

Attorneys for Defendant
JASPINDER CHADHA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-000182-PJH-2 |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER ALLOWING DEFENDANT TO TRAVEL** |
| JASPINDER CHADHA, | |
| Defendant.          / | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that defendant Jaspinder Chadha may interrupt her period of home detention in order to travel outside of the United States to her parents' home in India. She may travel for no longer than two weeks between the dates of December 15, 2012 and January 20, 2012. Immediately upon returning to the United States, she shall resume home monitoring and serve the remainder of her home detention period. The total period of home detention shall be three months; Ms. Chadha will receive no credit for the time she is in India.

Ms. Chadha's passport shall be returned to her to allow her to travel, and she will surrender it to the Probation Office as soon as she returns to the country.

Finally, Ms. Chadha will maintain appropriate contact with the Probation Office before, during, and immediately after her travels.

SO ORDERED.

10/24/12
Dated                                    HONORABLE PHYLLIS J. HAMILTON
                                         United States District Judge


IT IS SO ORDERED
Judge Phyllis J. Hamilton

- 2 -